In the Matter of the Petition of ROSIE MONTAG and SAMUEL SPRUNG to Render and Settle Their Account as Executors of ABRAHAM MONTAG, Deceased. ROSIE MONTAG, as Executrix, etc., of ABRAHAM MONTAG, Deceased, and Others, Appellants: SAMUEL SPRUNG, as Executor, etc., of ABRAHAM MONTAG, Deceased,

Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.